UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOREEN ANN BURNS, | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
|---|---|
| Plaintiff, | |
| v. | (Doc. 2) |
| NANCY A. BERRYHILL, acting as Commissioner of Social Security, | CASE NUMBER: 1:18-cv-01485-GSA |
| Defendant. | |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

IT IS SO ORDERED.

Dated: **October 26, 2018**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE